RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mafenster@raklaw.com
Neil A. Rubin, SBN 250761
nrubin@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
STRAIGHT PATH IP GROUP, INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| STRAIGHT PATH IP GROUP, INC., | **Case No. 5:16-cv-03582** |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF RELATED CASES** |
| APPLE INC. | |
| Defendant. | |

**NOTICE OF RELATED CASES**

COMES NOW Plaintiff Straight Path IP Group, Inc. ("Straight Path" or "Plaintiff") hereby notifies the Court pursuant to Local Rule CV-42(a) that all or a material part of this action is related to the subject matter or operative facts of earlier filed actions in the United States District Court for the Northern District of California styled:

1. Magistrate Judge Laura Beeler, USDC NDCA, Case No. 3:16-cv-03459-LB (Straightpath v. Avaya)

2. Judge Beth Labson Freeman, USDC NDCA, Case No. 5:16-cv-03463-BLF (Straightpath v. Cisco)

Respectfully submitted,

DATED: June 24, 2016  **RUSS, AUGUST & KABAT**

*/s/ Marc A. Fenster*
Marc A. Fenster, SBN 181067
Neil A. Rubin, SBN 250761
Twelfth Floor
12424 Wilshire Boulevard
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff*
*Straight Path IP Group, Inc.*

1
**NOTICE OF RELATED CASES**