IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STRAIGHT PATH IP GROUP, INC.,

    Plaintiff,

v.

APPLE INC.,

    Defendant.

No. C 16-03582 WHA

**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY C. MATTHEW ROZIER**

The *pro hac vice* application of Attorney C. Matthew Rozier (Dkt. No. 24) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of the State of Colorado" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: August 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE