UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　　Defendant. | Case No. 3:16-cv-03582-WHA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*<br>(CIVIL LOCAL RULE 11-3) |

　　　I, C. Matthew Rozier, an active member in good standing of the bar of the Supreme Court of the State of Colorado, which is the highest court of another State, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Sarah M. Jalali, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD:<br>One Tabor Center, Suite 1500<br>1200 Seventeenth Street<br>Denver, CO 80202<br>MY TELEPHONE # OF RECORD:<br>(303) 899-7300<br>MY EMAIL ADDRESS OF RECORD:<br>matt.rozier@hoganlovells.com | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Three Embarcadero Center, Suite 1500<br>San Francisco, CA 94111<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 374-2300<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>sarah.jalali@hoganlovells.com |

　　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 46854.
　　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.
　　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.
　　　***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: August 12, 2016　　　　　　　/s/ *C. Matthew Rozier*
　　　　　　　　　　　　　　　　　　　　　APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of C. Matthew Rozier is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 12, 2016.

　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER　　　　　　　　　　　　　　　　　　　　　　　　*October 2012*