IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., | No. C 16-03582 WHA |
| Plaintiff, | |
| v. | |
| APPLE INC., | **REQUEST FOR RESPONSE** |
| Defendant. | |

Defendant Apple Inc. moved to dismiss. In lieu of a response to the motion, plaintiff Straight Path IP Group, Inc., filed an amended complaint, which it contends moots the issues in Apple's motion. By **THURSDAY, AUGUST 18 AT NOON**, Apple shall please state whether its motion should be dismissed as moot without prejudice to a renewed motion to dismiss directed at the amended complaint or if it would prefer to continue with its motion, addressing the amendments in its reply brief. In either case, a new briefing and hearing schedule will be set.

**IT IS SO ORDERED.**

Dated: August 15, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE