**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | No. C 16-03582 WHA <br><br> **ORDER DENYING MOTION TO DISMISS AS MOOT** |

Defendant Apple Inc. moved to dismiss. In lieu of a response to the motion, plaintiff Straight Path IP Group, Inc., filed an amended complaint, which it contends moots the issues in Apple's motion. Apple has requested that the Court deny its motion to dismiss as moot and that it will answer or otherwise respond to the amended complaint. Apple's motion is hereby **DENIED AT MOOT**.

**IT IS SO ORDERED.**

Dated:  August 18, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE