IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STRAIGHT PATH IP GROUP, INC.,

    Plaintiff,

  v.

APPLE, INC.,

    Defendant.

No. C 16-03582 WHA

**ORDER DENYING MOTION TO EXTEND MEDIATION DEADLINE**

The Court has considered the parties' joint motion to extend the deadline to complete mediation to January 30, 2017 (Dkt. No. 62). Good cause not shown, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 6, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE