IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant.<br>_____<br><br>STRAIGHT PATH IP GROUP, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant.<br>_____ / | No. C 16-03463 WHA<br>No. C 16-03582 WHA<br><br><br><br><br>**ORDER RE SEALING OF ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT OF NONINFRINGEMENT AND ORDER TO SHOW CAUSE** |

1    The order granting defendants' motions for summary judgment of noninfringement and
2  order to show cause, filed under seal today, shall remain under seal until **TOMORROW AT**
3  **11:00 P.M.**, after which it will be filed on the public docket in its entirety unless one or more
4  parties propose redactions narrowly tailored to seek sealing only of truly sealable material.

6    **IT IS SO ORDERED.**

8  Dated: November 13, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2