IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., | No. C 16-03582 WHA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| APPLE INC., | |
| Defendant. | |

For the reasons stated in the accompanying orders granting summary judgment of noninfringement and a request for final judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Apple Inc. and against Straight Path IP Group, Inc., as to all patents covered by the summary judgment order.

**IT IS SO ORDERED.**

Dated: January 4, 2018.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE