# EXHIBIT A

# Exhibit A

I. **Timekeeper Summary**

| Timekeeper | Hours Billed | Amount Billed | Amount Paid by Apple |
|---|---|---|---|
| Aaron Oakley - Counsel | 989.30 | 444,020.35 | 437,985.06 |
| Alali Dagogo-Jack - Senior Associate | 302.60 | 136,448.42 | 135,542.04 |
| Celine Crowson -  Senior Partner | 230.90 | 175,381.74 | 172,841.02 |
| Clay James -  Senior Partner | 1,214.20 | 806,191.72 | 776,802.68 |
| Corey Leggett -  Associate | 433.10 | 177,440.11 | 176,082.95 |
| Helen Y. Trac -  Senior Associate | 1,182.60 | 545,722.18 | 500,491.50 |
| Jane Carter -  Senior Associate | 479.50 | 242,440.76 | 239,020.24 |
| Joe Raffetto - Partner | 113.20 | 68,392.03 | 67,895.50 |
| Katie Nelson – Senior Associate | 944.40 | 347,011.90 | 341,680.07 |
| Lucky Vidmar -  Senior Partner | 818.30 | 444,503.38 | 438,479.45 |
| Matt Rozier -  Counsel | 1,306.00 | 647,695.55 | 638,224.50 |
| Total | 8,014.10 | 4,035,248.14 | 3,925,045.01 |

Exhibit A to Declaration of Clay James ISO Motion for Fees

II. **Aaron Oakley - Counsel**

| Work Period | Billing Rate | Task Code | Hours Billed | Amount Billed | Amount Paid by Apple |
|---|---|---|---|---|---|
| 10/2014-03/2016 | $315.00 | Analysis/Strategy | 51.00 | 16,065.00 | 16,005.74 |
| 04/2016-05/2018 | $471.75 | Analysis/Strategy | 254.70 | 120,155.12 | 119,278.26 |
| | | Expert Discovery/Witnesses | 430.90 | 203,277.44 | 201,370.43 |
| | | Fact Discovery/Witnesses | 39.70 | 18,728.56 | 18,630.91 |
| | | Non-motion written submissions | 6.60 | 3,113.56 | 3,094.71 |
| | | Pleading Motions | 20.20 | 9,529.37 | 9,370.88 |
| | | Pre-Trial Briefing and Preparation | 54.90 | 25,899.11 | 25,576.54 |
| | | Summary Determination Motions | 124.00 | 58,497.11 | 58,304.60 |
| 06/2018-present | $595.00 | Analysis/Strategy | 0.80 | 476.00 | 352.02 |
| | | Markman | 2.40 | 1,428.00 | 176.78 |
| | | Summary Determination Motions | 1.90 | 1,130.50 | - |
| | | Pleading Motions | 2.20 | 693.00 | 684.41 |
| **Total** | | | **989.30** | **444,020.35** | **437,985.06** |

III.  **Alali Dagogo-Jack - Senior Associate**[1]

| Work Period | Billing Rate | Task Code | Hours Billed | Amount Billed | Amount Paid by Apple |
|---|---|---|---|---|---|
| 4/2016 - 5/2018 | $469 | Analysis/Strategy | 29.80 | 3,974.77 | 13,898.53 |
| | | Expert Discovery/Witnesses | 1.30 | 609.64 | 605.35 |
| | | Fact Discovery/Witnesses | 130.60 | 61,244.96 | 60,803.06 |
| | | Non-motion written submissions | 2.90 | 1,359.96 | 353.59 |
| | | Pleading Motions | 99.70 | 46,754.43 | 46,487.07 |
| | | Pre-Trial Briefing and Preparation | 0.30 | 140.69 | 139.70 |
| | | Summary Determination Motions | 38.00 | 17,820.13 | 17,684.19 |
| **Total** | | | **302.60** | **136,448.42** | **135,542.04** |

---

[1] These numbers do not reflect 22.4 of hours worked, which were inadvertently billed at the rate of $480.25, and which were not paid by Apple.

### IV. Celine Crowson - Senior Partner

| Work Period | Billing Rate | Task Code | Hours Billed | Amount Billed | Amount Paid by Apple |
|---|---|---|---|---|---|
| 10/2014 - 3/2016 | $680.00 | Analysis/Strategy | 0.50 | 340.00 | 338.36 |
| 4/2016 - 5/2018 | $777.75 | Analysis/Strategy | 160.70 | 124,984.62 | 122,768.77 |
| | | Expert Discovery/Witnesses | 61.90 | 48,142.77 | 47,744.35 |
| | | Pleading Motions | 7.80 | 6,066.45 | 6,066.45 |
| Total | | | **230.90** | **175,381.74** | **172,841.02** |

Exhibit A to Declaration of Clay James ISO Motion for Fees

## V. Clay James - Senior Partner

| Work Period | Billing Rate | Task Code | Hours Billed | Amount Billed | Amount Paid by Apple |
|---|---|---|---|---|---|
| 10/2014-03/2016 | $587.00 | Analysis/Strategy | 40.90 | 24,008.30 | 23,886.24 |
| | | Case Assessment | 1.10 | 645.70 | 642.58 |
| | | Pleading Motions | 18.30 | 10,742.10 | 10,674.31 |
| 04/2016-05/2018 | $684.25 | Analysis/Strategy | 579.60 | 396,527.04 | 391,633.08 |
| | | Expert Discovery/Witnesses | 161.70 | 110,643.74 | 109,686.37 |
| | | Fact Discovery/Witnesses | 67.20 | 45,981.83 | 45,619.90 |
| | | Markman | 0.60 | 410.56 | 409.98 |
| | | Pleading Motions | 198.30 | 135,699.04 | 133,760.55 |
| | | Pre-Trial Briefing and Preparation | 110.40 | 75,541.47 | 74,456.73 |
| 06/2018-present | $790.50 | Analysis/Strategy | 34.00 | 26,877.00 | 8,317.31 |
| | | Pleading Motions | 2.10 | 1,660.05 | - |
| Total | | | **1,214.20** | **806,191.72** | **776,802.68** |

## VI.  Corey Leggett - Associate

| Work Period | Billing Rate | Task Code | Hours Billed | Amount Billed | Amount Paid by Apple |
|---|---|---|---|---|---|
| 4/2016 - 5/2018 | $428 | Analysis/Strategy | 5.10 | 2,180.01 | 2,131.25 |
| | | Case Assessment | 41.30 | 17,653.71 | 17,563.49 |
| | | Expert Discovery/Witnesses | 176.50 | 75,445.01 | 75,274.52 |
| | | Fact Discovery/Witnesses | 3.10 | 1,325.10 | 1,314.09 |
| | | Fact Investigation/Development | 3.40 | 1,453.33 | 1,441.26 |
| | | Non-motion written submissions | 100.30 | 42,873.29 | 42,600.78 |
| | | Pre-Trial Briefing and Preparation | 34.60 | 14,789.79 | 14,605.97 |
| | | Research Issues | 17.70 | 7,565.88 | 7,463.95 |
| | | Summary Determination Motions | 51.10 | 21,842.71 | 21,332.38 |
| Total | | | **433.10** | **177,440.11** | **176,082.95** |

## VII.     Helen Y. Trac - Senior Associate[2]

| Work Period | Billing Rate | Task Code | Hours Billed | Amount Billed | Amount Paid by Apple |
|---|---|---|---|---|---|
| 04/2016-05/2018 | $468.95 | Analysis/Strategy | 278.10 | 130,141.58 | 128,799.18 |
| | | Document Review | 11.30 | 5,299.15 | 5,175.72 |
| | | Expert Discovery/Witnesses | 267.00 | 125,209.95 | 124,169.78 |
| | | Fact Discovery/Witnesses | 168.00 | 78,783.90 | 77,924.26 |
| | | Foreign Language translation | 0.50 | 234.48 | 232.83 |
| | | Markman | 54.20 | 25,417.19 | 25,111.48 |
| | | Non-motion written submissions | 106.90 | 50,130.88 | 48,998.17 |
| | | Pleading Motions | 74.90 | 35,124.45 | 34,250.45 |
| | | Pre-Trial Briefing and Preparation | 25.80 | 12,098.97 | 11,951.77 |
| | | Project Management | 34.60 | 16,225.81 | 16,002.10 |
| | | Research Issues | 16.90 | 7,925.29 | 7,789.23 |
| | | Summary Determination Motions | 76.70 | 35,968.59 | 35,487.29 |
| | | Case Assessment | 2.40 | 1,125.48 | 1,099.27 |
| 06/2018-present | $612.00 | Pleading Motions | 19.30 | 11,811.60 | - |
| | | Analysis/Strategy | 0.70 | 428.40 | 428.40 |
| | | Post-Trial Briefing | 41.40 | 25,336.80 | - |
| | | Project Management | 0.30 | 183.60 | - |
| | | Research Issues | 3.60 | 2,203.20 | 795.60 |
| Total | | | **1,182.60** | **545,722.18** | **500,491.50** |

---

[2]    These numbers do not reflect 157.4 of hours worked, which were inadvertently billed at the rate of $535.35, and which were not paid by Apple.

Exhibit A to Declaration of Clay James ISO Motion for Fees

VIII.  Jane Carter - Senior Associate

| Work Period | Billing Rate | Task Code | Hours Billed | Amount Billed | Amount Paid by Apple |
|---|---|---|---|---|---|
| 4/2016 - 5/2018 | $519 | Analysis/Strategy | 211.60 | 109,714.60 | 108,097.63 |
| | | Fact Discovery/Witnesses | 10.50 | 5,444.25 | 5,229.74 |
| | | Markman | 8.00 | 4,148.00 | 4,142.20 |
| | | Non-motion written submissions | 0.90 | 466.65 | 447.56 |
| | | Pleading Motions | 57.80 | 29,969.30 | 29,418.42 |
| | | Pre-Trial Briefing and Preparation | 74.00 | 38,369.00 | 37,967.33 |
| | | Project Management | 2.20 | 1,140.70 | 1,131.01 |
| | | Research Issues | 73.20 | 37,954.20 | 37,324.51 |
| | | Summary Determination Motions | 41.30 | 21,414.05 | 21,336.18 |
| **Total** | | | **479.50** | **242,440.76** | **239,020.24** |

Exhibit A to Declaration of Clay James ISO Motion for Fees

IX.  **Joe Raffetto - Partner**

| Work Period | Billing Rate | Task Code | Hours Billed | Amount Billed | Amount Paid by Apple |
|---|---|---|---|---|---|
| 10/2014-03/2016 | $472.00 | Analysis/Strategy | 1.90 | 896.80 | 893.78 |
|  |  | Case Assessment | 0.30 | 141.60 | 141.57 |
|  |  | Fact Investigation/Development | 2.10 | 991.20 | 989.90 |
| 04/2016-05/2018 | $603.50 | Analysis/Strategy | 15.10 | 9,112.85 | 8,965.74 |
|  |  | Fact Investigation/Development | 0.20 | 128.35 | 127.28 |
|  |  | Markman | 2.20 | 1,411.85 | 1,373.76 |
|  | $641.75 | Analysis/Strategy | 45.60 | 29,263.90 | 29,088.75 |
|  |  | Expert Discovery/Witnesses | 30.30 | 19,445.06 | 19,434.40 |
|  |  | Fact Discovery/Witnesses | 6.10 | 3,914.68 | 3,914.68 |
|  |  | Fact Investigation/Development | 2.40 | 1,540.21 | 1,532.74 |
|  |  | Markman | 9.10 | 5,839.94 | 2,310.40 |
| 06/2018-present | $692.75 | Analysis/Strategy | 0.40 | 277.10 | 265.52 |
| Total |  |  | **113.20** | **68,392.03** | **67,895.50** |

X.  **Katie Nelson - Senior Associate**[3]

| Work Period | Billing Rate | Task Code | Hours Billed | Amount Billed | Amount Paid by Apple |
|---|---|---|---|---|---|
| 10/2014-03/2016 | $280.50 | Case Assessment | 1.00 | 280.50 | 280.44 |
| | | Analysis/Strategy | 2.70 | 758.70 | 755.04 |
| | | Case Assessment | 4.00 | 1,124.00 | 1,118.64 |
| | | Pleading Motions | 11.70 | 3,287.70 | 3,271.84 |
| 04/2016-05/2018 | $381.80 | Analysis/Strategy | 8.90 | 3,398.02 | 3,297.00 |
| | | Case Assessment | 28.00 | 11,264.54 | 11,127.11 |
| | | Expert Discovery/Witnesses | 127.90 | 48,832.22 | 48,056.08 |
| | | Fact Discovery/Witnesses | 398.70 | 152,223.66 | 150,438.20 |
| | | Non-motion written submissions | 59.00 | 23,278.05 | 22,035.98 |
| | | Non-testifying Consultants | 0.90 | 343.62 | 337.78 |
| | | Pleading Motions | 38.50 | 14,699.30 | 14,519.03 |
| | | Pre-Trial Briefing and Preparation | 182.00 | 69,610.63 | 68,908.19 |
| | | Summary Determination Motions | 79.30 | 30,276.74 | 29,891.52 |
| | $518.50 | Case Assessment | 0.60 | 311.10 | 308.10 |
| | | Non-motion written submissions | 1.20 | 622.20 | 465.15 |
| Total | | | **944.40** | **347,011.90** | **341,680.07** |

---

[3]  These numbers do not reflect 137.6 of hours worked, which were inadvertently billed at the rate of $518.50, and which were not paid by Apple.

Exhibit A to Declaration of Clay James ISO Motion for Fees

**XI.     Lucky Vidmar - Senior Partner**

| Work Period | Billing Rate | Task Code | Hours Billed | Amount Billed | Amount Paid by Apple |
|---|---|---|---:|---:|---:|
| 10/2014-03/2016 | $489.00 | Pleading Motions | 0.80 | 391.20 | 389.31 |
| | | Analysis/Strategy | 2.40 | 1,173.60 | 1,167.93 |
| 04/2016-05/2018 | $561.00 | Analysis/Strategy | 116.40 | 65,300.40 | 64,418.01 |
| | | Expert Discovery/Witnesses | 201.10 | 112,817.10 | 111,614.64 |
| | | Fact Discovery/Witnesses | 219.90 | 123,363.90 | 122,554.70 |
| | | Pre-Trial Briefing and Preparation | 86.90 | 48,750.90 | 48,279.86 |
| | | Summary Determination Motions | 127.90 | 71,751.90 | 70,880.19 |
| | | Markman | 22.70 | 12,734.70 | 12,590.22 |
| | | Non-motion written submissions | 5.10 | 2,861.10 | 2,780.62 |
| | | Pleading Motions | 32.30 | 18,120.30 | 17,699.26 |
| 06/2018-present | $637.50 | Analysis/Strategy | 1.20 | 765.00 | - |
| | | Pleading Motions | 1.60 | 1,020.00 | 510.00 |
| Total | | | **818.30** | **444,503.38** | **438,479.45** |

**XII.    Matt Rozier - Counsel[4]**

| Work Period | Billing Rate | Task Code | Hours Billed | Amount Billed | Amount Paid by Apple |
|---|---|---|---|---|---|
| 10/2014-03/2016 | $400.00 | Analysis/Strategy | 39.10 | 15,640.00 | 15,564.53 |
| | | Expert Discovery/Witnesses | 47.50 | 19,000.00 | 18,995.36 |
| | | Analysis/Strategy | 9.20 | 3,680.00 | 3,662.24 |
| 04/2016-05/2018 | $522.75 | Analysis/Strategy | 446.30 | 232,871.27 | 230,186.43 |
| | | Case Assessment | - | (18,769.66) | (18,468.30) |
| | | Expert Discovery/Witnesses | 501.20 | 262,002.55 | 257,340.85 |
| | | Fact Discovery/Witnesses | 129.10 | 67,487.12 | 66,435.36 |
| | | Markman | 23.20 | 12,127.81 | 12,110.84 |
| | | Non-motion written submissions | 20.20 | 10,559.56 | 10,310.81 |
| | | Pleading Motions | 54.00 | 28,228.52 | 27,709.02 |
| | | Pre-Trial Briefing and Preparation | 36.20 | 18,923.57 | 18,412.88 |
| Total | | | **1,306.00** | **647,695.55** | **638,224.50** |

---

[4]    These numbers do not reflect 334.0 of hours worked, which were inadvertently billed at the rate of $569.50, and which were not paid by Apple.

Exhibit A to Declaration of Clay James ISO Motion for Fees