# EXHIBIT B

# Exhibit B

| Time Keeper | Hogan Lovells Standard Rates | | | | | Apple Rate | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2014 | 2015 | 2016 | 2017 | 2018 | 10/2014 - 3/2016 | 4/2016 - 5/2018 | 6/2018 - Present |
| Clay James | 715.00 | 745.00 | 805.00 | 860.00 | 930.00 | 587.00 | 684.25 | 790.50 |
| Srecko "Lucky" Vidmar | 595.00 | 620.00 | 660.00 | 700.00 | 750.00 | 489.00 | 561.00 | 637.50 |
| Celine Crowson | 830.00 | 865.00 | 915.00 | 975.00 | 1,035.00 | 680.00 | 777.75 | n/a |
| Joe Raffetto | 610.00 | 675.00 | 710.00 | 755.00 | 815.00 | 472.00 | 641.75 | 692.75 |
| Matt Rozier | 505.00 | 555.00 | 615.00 | 670.00 | | 400.00 | 522.75 | n/a |
| Aaron Oakley | 420.00 | 500.00 | 555.00 | 630.00 | 700.00 | 315.00 | 471.75 | 595.00 |
| Helen Trac | 425.00 | 490.00 | 565.00 | 645.00 | 720.00 | n/a | 468.95 | 612.00 |
| Katherine "Katie" Nelson | 340.00 | 395.00 | 460.00 | 540.00 | 610.00 | 280.50 | 381.80 | 518.50 |
| Jane Li Carter | 445.00 | 510.00 | 610.00 | 680.00 | 765.00 | n/a | 519.00 | n/a |
| Alali Dagogo Jack | n/a | n/a | 565.00 | 645.00 | 720.00 | n/a | 469.00 | n/a |
| Corey Leggett | 370.00 | 445.00 | 515.00 | 540.00 | 610.00 | n/a | 428.00 | n/a |

Exhibit B to Declaration of Clay James ISO Motion for Fees