**HOGAN LOVELLS US LLP**
Clayton C. James (Cal. Bar No. 287800)
clay.james@hoganlovells.com
Helen Y. Trac (Cal. Bar No. 285824)
helen.trac@hoganlovells.com
Three Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Celine J. Crowson (*pro hac vice*)
555 13th St NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5600
celine.crowson@hoganlovells.com

Aaron S. Oakley (pro hac vice)
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Telephone (303) 899-7300
Facsimile: (303) 899 7333
aaron.oakley@hoganlovells.com

*Attorneys for Defendant Apple Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. C 16-03582 WHA <br><br> **STATEMENT REGARDING APPOINTMENT OF SPECIAL MASTER** |

Pursuant to the Court's Order Re Attorney's Fees and Costs and Appointment of Special Master, Dkt. No. 245, Defendant Apple Inc. hereby states that it has no objection to the appointment of Matt Borden as special master.

Dated: November 25, 2019

**HOGAN LOVELLS US LLP**

By: /s/ *Clayton C. James*
      Clayton C. James

clay.james@hoganlovells.com
Three Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

*Attorneys for Defendant*
APPLE INC.