**HOGAN LOVELLS US LLP**
Clayton C. James (Cal. Bar No. 287800)
clay.james@hoganlovells.com
Helen Y. Trac (Cal. Bar No. 285824)
helen.trac@hoganlovells.com
Three Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Celine J. Crowson (*pro hac vice*)
555 13th St NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5600
celine.crowson@hoganlovells.com

Aaron S. Oakley (pro hac vice)
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Telephone (303) 899-7300
Facsimile: (303) 899 7333
aaron.oakley@hoganlovells.com

*Attorneys for Defendant Apple Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>   Defendant. | Case No. C 16-03582 WHA<br><br>**NOTICE OF COMPLIANCE WITH ORDER APPOINTING SPECIAL MASTER** |

1    Defendant Apple Inc. ("Apple") states that it has complied with the Court's Order
2 Appointing Special Master (Dkt. No. 248) and the orders incorporated therein.  Apple has
3 provided the special master with its tally of attorneys' fees in the ordered format with copies of all
4 documents relevant to this dispute in a tabbed binder sent by mail with electronic text-searchable
5 copies.  Apple has also served its submission on counsel for Straight Path IP Group, Inc.

Dated: December 5, 2019

**HOGAN LOVELLS US LLP**

By:  /s/ *Aaron S. Oakley*
         Aaron S. Oakley

*Attorneys for Defendant*
APPLE INC.

NOTICE OF COMPLIANCE RE SPECIAL MASTER
CASE NO. C 16-03582 WHA

1