Clayton C. James (Cal. Bar No. 287800)
clay.james@hoganlovells.com
Helen Y. Trac (Cal. Bar No. 285824)
helen.trac@hoganlovells.com
HOGAN LOVELLS US LLP
Three Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Aaron S. Oakley (*pro hac vice*)
aaron.oakley@hoganlovells.com
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Telephone (303) 899-7300
Facsimile: (303) 899 7333

*Attorneys for Defendant Apple Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 16-cv-03582-WHA <br><br> **JOINT STIPULATION TO CONTINUE HEARING DATE ON STRAIGHT PATH'S OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION TO MAY 7, 2020** <br><br> **THE HONORABLE WILLIAM H. ALSUP** |

1     Plaintiff Straight Path IP Group, Inc. ("Straight Path"), Defendant Apple, Inc. ("Apple"), and Cisco Systems, Inc. ("Cisco"), hereby stipulate as follows:

    WHEREAS, on March 4, 2020, Special Master Matthew Borden filed his Report and Recommendation regarding attorneys' fees (Dkt. No. 251);

    WHEREAS, on March 18, 2020, Straight Path filed its Objection to the Special Master's Report and Recommendation (Dkt. No. 252) and noticed the hearing date for April 23, 2020 at 8:00 am;

    WHEREAS, due to a scheduled surgery of Apple's lead counsel and related travel restrictions, Apple has requested a continuance of the hearing date to May 7, 2020; and

    WHEREAS, Straight Path and Cisco do not oppose the requested continuance of the hearing date to May 7, 2020.

    THE PARTIES HEREBY STIPULATE that the hearing date on the Motion shall be continued to May 7, 2020 at 8:00 a.m. or as soon thereafter as the Court is available.  This change will affect both this action and the case between Straight Path and Cisco (Case No. 3:16-cv-03463).

    Respectfully submitted on March 26, 2020.

**HOGAN LOVELLS US LLP**

/s/ *Clayton C. James*

Clayton C. James (Cal. Bar No. 287800)
clay.james@hoganlovells.com
Helen Y. Trac (Cal. Bar No. 285824)
helen.trac@hoganlovells.com
Three Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Aaron S. Oakley (*pro hac vice*)
aaron.oakley@hoganlovells.com
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Telephone (303) 899-7300
Facsimile: (303) 899 7333

*Attorneys for Apple Inc.*

JOINT STIPULATION TO CONTINUE HEARING DATE ON STRAIGHT PATH'S OBJECTION TO SPECIAL MASTER'S R&R
CASE NO. 16-CV-03582-WHA

1

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained for the other signatories in this e-filed document.

*s/ Clayton C. James*
Clayton C. James

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2020, I electronically filed a true and correct copy of the foregoing **JOINT STIPULATION TO CONTINUE HEARING DATE ON STRAIGHT PATH'S OBJECTCION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION TO MAY 7, 2020** using the Court's CM/ECF filing system, which will serve the same upon all registered counsel of record except Cisco, and to Cisco's counsel via email.

>    *s/ Clay James*
>    Clayton C. James

JOINT STIPULATION TO CONTINUE HEARING DATE ON STRAIGHT PATH'S OBJECTION TO SPECIAL MASTER'S R&R
CASE NO. 16-CV-03582-WHA

3