# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | **Case No. 3:16-cv-03582-WHA**<br><br>~~[PROPOSED]~~ **ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE ON STRAIGHT PATH'S OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION TO MAY 7, 2020** |

Before the Court is Plaintiff Straight Path IP Group, Inc. ("Straight Path"), Defendant Apple, Inc. ("Apple"), and Cisco Systems, Inc. ("Cisco")'s joint stipulation to continue the hearing date on Straight Path's Objection to the Special Master's Report and Recommendation (Dkt. 252) to May 7, 2020.  Having considered the parties Joint Stipulation, and finding good cause, the Court hereby **ORDERS**:

1. The hearing on Straight Path's Objection to the Special Master's Report and Recommendation (Dkt. 252) is hereby continued from April 23, 2020 to May 7, 2020 at 8:00 am in Courtroom 12 of the above-titled Court.  This change will affect both Case Nos. 3:16-cv-03582 and 3:16-cv-03463.

Dated: March 30, 2020.

_____
HONORABLE WILLIAM ~~H.~~ ALSUP
United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE ON STRAIGHT PATH'S OBJECTION TO SPECIAL MASTER'S R&R
CASE NO. 16-CV-03582-WHA

1