UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | No. C 16-03463 WHA<br>No. C 16-03582 WHA |
| STRAIGHT PATH IP GROUP, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant. | **ORDER RE CIVIL HEARINGS DUE TO PUBLIC HEALTH CONCERN** |

In light of the public health concern caused by COVID-19 (coronavirus), Judge Alsup has vacated all in-court civil hearings for the time being. The May 7 hearing shall be conducted, still at 8:00 a.m., telephonically. The courtroom deputy will provide further instruction.

**IT IS SO ORDERED.**

Dated: April 30, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE