**RUSS, AUGUST & KABAT**
Marc A. Fenster (Cal. Bar. No. 181067)
mfenster@raklaw.com
Brian D. Ledahl (Cal. Bar. No. 186579)
bledahl@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facscimile: (310) 826-6991

*Attorneys for Plaintiff*
*Straight Path IP Group, Inc.*

Additional Counsel Listed On Signature Page

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., | Case No. C 16-03463 WHA |
| Plaintiff, | Case No. C 16-03582 WHA |
| v. | **JOINT STATUS REPORT REGARDING ATTORNEY'S FEE AWARD** |
| APPLE INC., | |
| Defendant. | |

On May 19, 2020, the Court issued an Order adopting Special Master Matt Borden recommended awards of attorney's fees payable to Defendants Apple Inc. and Cisco Systems, Inc.

The Court further ordered the parties to provide status reports at thirty-day intervals regarding the awarded fees.

Plaintiff reports that it has filed timely notices of appeal of the Court's award as to both Apple and Cisco. The Federal Circuit has docketed the appeal as of July 6, 2020.

Plaintiff has not executed payment to Cisco on the Court's judgment of attorneys' fees of $1,920,146. Nor has Plaintiff secured a supersedeas bond.

Plaintiff has not executed payment to Apple on the Court's judgment of attorneys' fees of $2,334,054. Nor has Plaintiff secured a supersedeas bond.

Dated: July 20, 2020

**HOGAN LOVELLS US LLP**

By: /s/ *Clayton C. James*
Clayton C. James

clay.james@hoganlovells.com
Three Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Aaron S. Oakley (*pro hac vice*)
aaron.oakley@hoganlovells.com
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Telephone (303) 899-7300
Facsimile: (303) 899 7333

*Attorneys for Defendant*
APPLE INC.

**DESMARAIS LLP**

By: /s/ *Justin P.D. Wilcox*
Justin P.D. Wilcox

John M. Desmarais (*pro hac vice*)

| | |
|---|---|
| 1 | jdesmarais@desmaraisllp.com |
| | Justin P.D. Wilcox (*pro hac vice*) |
| 2 | jwilcox@desmaraisllp.com |
| | Jordan N. Malz (*pro hac vice*) |
| 3 | jmalz@desmaraisllp.com |
| | Steven M. Balcof (*pro hac vice*) |
| 4 | sbalcof@desmaraisllp.com |
| | Jennifer Przybylski (*pro hac vice*) |
| 5 | jprzybylski@desmaraisllp.com |
| | 230 Park Avenue New York, NY 10169 |
| 6 | Telephone: (212) 351-3400 |
| 7 | Facsimile: (212) 351-3401 |
| 8 | **BAKER BOTTS LLP** |
| 9 | |
| | Sarah J. Guske (SBN 232467) |
| 10 | sarah.guske@bakerbotts.com |
| | Jeremy J. Taylor (SBN 249075) |
| 11 | jeremy.taylor@bakerbotts.com |
| | Wayne O. Stacy (pro hac vice) |
| 12 | wayne.stacy@bakerbotts.com |
| | 101 California Street 36th Floor, Suite 3600 |
| 13 | San Francisco, California 94111 |
| | Telephone: (415) 291-6200 |
| 14 | Facsimile: (415) 291-6300 |
| 15 | |
| | *Attorneys for Defendant* |
| 16 | Cisco Systems, Inc. |
| 17 | |
| 18 | **RUSS, AUGUST & KABAT** |
| 19 | By: */s/ Brian D. Ledahl* |
| | Brian D. Ledahl |
| 20 | |
| | Marc A. Fenster, State Bar No. 181067 |
| 21 | mafenster@raklaw.com |
| | Brian D. Ledahl, State Bar No. 186579 |
| 22 | bledahl@raklaw.com |
| | 12424 Wilshire Boulevard, 12th Floor |
| 23 | Los Angeles, California 90025 |
| | Telephone:    (310) 826-7474 |
| 24 | Facsimile:    (310) 826-6991 |
| 25 | |
| | *Attorneys for Plaintiff* |
| 26 | |
| 27 | STRAIGHT PATH IP GROUP, INC |
| 28 | |

## Attestation of Concurrence

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

                                          /s/   *Brian D. Ledahl*
                                                  Brian D. Ledahl

## CERTIFICATE OF SERVICE

I certify that counsel of record is being served on July 20, 2020, with a copy of this document via ECF on this date.

                                               /s/ *Brian D. Ledahl*
                                                 Brian D. Ledahl