**RUSS, AUGUST & KABAT**
Marc A. Fenster (Cal. Bar. No. 181067)
mfenster@raklaw.com
Brian D. Ledahl (Cal. Bar. No. 186579)
bledahl@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facscimile: (310) 826-6991

*Attorneys for Plaintiff*
*Straight Path IP Group, Inc.*

Additional Counsel Listed On Signature Page

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. C 16-03463 WHA <br> Case No. C 16-03582 WHA <br><br> **JOINT STATUS REPORT REGARDING ATTORNEY'S FEE AWARD** |

1    On May 19, 2020, the Court issued an Order adopting Special Master Matt Borden recommended awards of attorney's fees payable to Defendants Apple Inc. and Cisco Systems, Inc.

The Court further ordered the parties to provide status reports at thirty-day intervals regarding the awarded fees.

Plaintiff has filed notices of appeal of the Court's award as to both Apple and Cisco. The Federal Circuit has docketed the appeal as of July 6, 2020 and consolidated the appeals of both cases. Plaintiff has moved to amend the case caption on the appeal to reflect that Straight Path has changed its name to "SPIP Litigation Group, LLC." CAFC Case No. 2020-1962, Dkt. No. 27, Mot. to Amend Caption, Aug. 7, 2020. Cisco opposed that motion on August 17, 2020. CAFC Case No. 2020-1962, Dkt. No. 29. Plaintiff has also filed an unopposed motion for a 30-day extension to file its Opening Brief.

Plaintiff has not executed payment to Cisco on the Court's judgment of attorneys' fees of $1,920,146. Nor has Plaintiff secured a supersedeas bond. On July 16, 2020, Cisco filed an Application for Writ of Execution (Dkt. No. 253 in 3:16-cv-03463-WHA) and served Cisco's First Set of Interrogatories to Straight Path Pursuant to Fed. R. Civ. P. 69 and Cal. Civ. Proc. § 708.020. The Clerk issued the Writ of Execution on July 21, 2020. (Dkt. No. 255 in 3:16-cv-03463-WHA).

Plaintiff has not executed payment to Apple on the Court's judgment of attorneys' fees of $2,334,054. Nor has Plaintiff secured a supersedeas bond.

Dated: August 17, 2020

| | |
|---|---|
| 1 | **HOGAN LOVELLS US LLP** |
| 2 | By: /s/ *Clayton C. James*<br>    Clayton C. James |
| 3 | clay.james@hoganlovells.com |
| 4 | Three Embarcadero Center, Suite 1500<br>San Francisco, California 94111 |
| 5 | Telephone: (415) 374-2300<br>Facsimile: (415) 374-2499 |
| 6 | Aaron S. Oakley (*pro hac vice*) |
| 7 | aaron.oakley@hoganlovells.com<br>1601 Wewatta Street, Suite 900 |
| 8 | Denver, Colorado 80202<br>Telephone (303) 899-7300 |
| 9 | Facsimile: (303) 899 7333 |
| 10 | *Attorneys for Defendant*<br>APPLE INC. |
| 11 | **DESMARAIS LLP** |
| 12 | |
| 13 | By: /s/ Justin P.D. Wilcox<br>    Justin P.D. Wilcox |
| 14 | John M. Desmarais (*pro hac vice*) |
| 15 | jdesmarais@desmaraisllp.com<br>Justin P.D. Wilcox (*pro hac vice*) |
| 16 | jwilcox@desmaraisllp.com<br>Jordan N. Malz (*pro hac vice*) |
| 17 | jmalz@desmaraisllp.com<br>Steven M. Balcof (*pro hac vice*) |
| 18 | sbalcof@desmaraisllp.com |
| 19 | Jennifer Przybylski (*pro hac vice*)<br>jprzybylski@desmaraisllp.com |
| 20 | 230 Park Avenue New York, NY 10169<br>Telephone: (212) 351-3400 |
| 21 | Facsimile: (212) 351-3401 |
| 22 | **BAKER BOTTS LLP** |
| 23 | Sarah J. Guske (SBN 232467) |
| 24 | sarah.guske@bakerbotts.com<br>Jeremy J. Taylor (SBN 249075) |
| 25 | jeremy.taylor@bakerbotts.com |
| 26 | Wayne O. Stacy (pro hac vice)<br>wayne.stacy@bakerbotts.com |
| 27 | 101 California Street 36th Floor, Suite 3600<br>San Francisco, California 94111 |
| 28 | |

Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Defendant*
Cisco Systems, Inc.

**RUSS, AUGUST & KABAT**

By:  /s/ *Brian D. Ledahl*
       Brian D. Ledahl

Marc A. Fenster, State Bar No. 181067
mafenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
bledahl@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:    (310) 826-7474
Facsimile:     (310) 826-6991

*Attorneys for Plaintiff*

STRAIGHT PATH IP GROUP, INC.

## Attestation of Concurrence

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

                                          /s/   *Brian D. Ledahl*
                                                  Brian D. Ledahl

## CERTIFICATE OF SERVICE

I certify that counsel of record is being served on August 17, 2020, with a copy of this document via ECF on this date.

                                          /s/ *Brian D. Ledahl*
                                          Brian D. Ledahl